UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY V. REMMERT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U. S. DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA, <br><br> Defendant. | Case No.   25-mc-80058-EJD <br><br> **ORDER BARRING FILING OF COMPLAINT** <br><br> Re: ECF No. 1 |

Plaintiff Shirley Remmert requests to file a complaint on behalf of herself and her daughter, Eva Al-Zaghari,[1] against more than 25 defendants including the U.S. District Court for the Northern District of California, state and county entities and officials, and others. ECF No. 1. The complaint asserts claims of terrorism, violations of the False Claims Act, and fraudulent conservatorship. *Id.* at 34. As relief, Ms. Remmert seeks monetary damages and the release of her daughter from conservatorship. *Id.* at 41.

Ms. Remmert is subject to pre-filing review by this Court because of an order in the Northern District of California declaring her a vexatious litigant. *See Al-Zaghari v. Al-Zaghari*, No. 3:01-cv-02870-MHP (N.D. Cal. Aug. 15, 2001) (Order, ECF No. 8). The order issued by Chief Judge Marilyn Patel bars Ms. Remmert "from filing any complaints, pleadings, or other papers without a prefiling order of the court regarding *inter alia* Eva's conservatorship, the

---

[1] The Court notes that, as a threshold matter, Ms. Remmert is not an attorney and therefore may not file a complaint on behalf of Ms. Al-Zaghari. Civil Local Rule 3-9(a) ("Any party representing him or herself without an attorney must appear personally and may not delegate that duty to any other person who is not a member of the bar of this Court.").

Case No.: 25-mc-80058-EJD
ORDER BARRING FILING OF COMPL.

1

restraining order barring plaintiff from contacting Eva, or the state court proceedings related to these issues." *Remmert v. Stauffer*, No. 19-cv-05803-HSG, 2019 WL 5963242, at *2 (N.D. Cal. Nov. 13, 2019); *Remmert v. United States*, 670 Fed Appx. 584 (9th Cir. 2016) (affirming the district court's order denying plaintiff leave to file complaint pursuant to vexatious litigant order). Since then, Ms. Remmert has filed numerous actions in this District, all of which center around an alleged conspiracy that began in 1970 and continues to this day. *See Stauffer*, 2019 WL 5963242 at *1–*2 (summarizing Ms. Remmert's allegations and detailing her extensive history in Northern District of California courts). Other courts in this District have routinely dismissed different versions of Ms. Remmert's complaint as barred by the vexatious litigant order and as asserting frivolous, irrational, and implausible allegations. *Id.* at *1 (collecting cases); *Remmert v. Karesh*, No. 18-CV-02154-HSG, 2019 WL 1207302, at *3 (N.D. Cal. Mar. 14, 2019) (citing *Neitzke v. Williams*, 490 U.S. 319, 328 (1989)).

Before the Court is another one of those actions. Here, Ms. Remmert makes the same allegations as in her previously dismissed actions and seeks the same relief: release of Eva Al-Zaghari from her conservatorship. ECF No. 1. Such a complaint falls "squarely within the Judge Patel's 2011 vexatious litigant order," and is thus barred. *Remmert v. United States*, No. 22-MC-80103-JSC, 2022 WL 1304473, at *1 (N.D. Cal. May 2, 2022). Like several prior courts, this Court will not entertain Ms. Remmert's implausible claims arising out of, or relating to, the alleged conspiracy. *Neitzke*, 490 U.S. at 328 (noting that judges have authority to dismiss claims describing fantastic or delusional scenarios).

For the foregoing reasons, the Court DENIES Ms. Remmert's request for a pre-filing order. The Clerk shall not file the complaint. Ms. Remmert's motion seeking *in forma pauperis* status, ECF No. 2, is DENIED as moot.

Case No.: 25-mc-80058-EJD
ORDER BARRING FILING OF COMPL.

**IT IS SO ORDERED.**

Dated:  April 7, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 25-mc-80058-EJD
ORDER BARRING FILING OF COMPL.
3